B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of Colorado

IN RE:          Case No. _____

**DB Capital Holdings, LLC** _____    Chapter **11** _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **WestLB**<br>**1211 Avenue Of The Americas**<br>**New York, NY 10036** | | **Bank loan** | | **556,675,000.00**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**556,675,000.00** |
| **Cappello Capital Corp.**<br>**100 Wilshire Boulevard, Suite 1200**<br>**Santa Monica, CA 90401** | | | | **750,000.00** |
| **William Dennis**<br>**112 Newport Lane**<br>**Port Vedra, FL 32082** | | | | **720,000.00** |
| **Fred Funk**<br>**24729 Harbourview Drive**<br>**Ponte Vedra, FL 32082** | | | | **708,500.00** |
| **620 Hyman Associates** | | | | **296,000.00** |
| **Dancing Bear Management LLC**<br>**70 River Bend Road**<br>**Snowmass, CO 81654** | | | | **227,500.00** |
| **Craig Hudson**<br>**C/O Fidelitone, Inc.**<br>**1260 Karl Court**<br>**Wauconda, IL 60084-1094** | | | | **226,775.00** |
| **Shaw Builders - Mountainside**<br>**Airport Boulevard**<br>**Grand Junction, CO 81501** | | | | **205,391.07** |
| **Dancing Bear Management LLC**<br>**70 River Bend Road**<br>**Snowmass, CO 81654** | | | | **150,000.00** |
| **Ballard, Sparh LLP**<br>**1225 17th Street, Suite 2300**<br>**Denver, CO 80202** | | | | **90,000.00** |
| **Klein, Cote & Edwards**<br>**201 N. Mill Street, Suite 203**<br>**Aspen, CO 81611** | | | | **71,000.00** |
| **GDBS At Snowmass**<br>**C/O Chafin Light Real Estate**<br>**Roaring Fork Club, 24398 Highway 82**<br>**Basalt, CO 81632** | | | | **54,000.00** |
| **Miscellaneous** | | | | **25,000.00** |
| **PricewaterhouseCoopers**<br>**1001 Tenth Street**<br>**Atlanta, GA** | | | | **20,000.00** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| **Shaw Builders - Mountainside**<br>**Airport Boulevard**<br>**Grand Junction, CO  81501** | **17,293.00** |
| **Causey Demgen & Moore** | **8,000.00** |
| **O'Bryan Partnership Architects**<br>**Main Street**<br>**Fisco, CO  80443** | **5,307.50** |
| **American Express**<br>**A.E. Blue (93005)**<br>**P.O. Box 36001**<br>**Fort Lauderdale, NY  33336** | **2,776.10** |
| **Pitkin County Treasurer** | **104.80** |
| **City Of Aspen Utilities** | **55.20** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **May 27, 2010**                Signature: **/s/ Thomas DiVener**

**Thomas DiVener, Managing Member**

(Print Name and Title)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                          Case No. _____

DB Capital Holdings, LLC _____   Chapter __11__
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **May 27, 2010** _____   Signature: ___*/s/ Thomas DiVener*_____
                                                **Thomas DiVener, Managing Member**                Debtor


Date: _____   Signature: _____
                                                                                   Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

American Express
A.E. Blue (93005)
P.O. Box 36001
Fort Lauderdale, NY   33336


Ballard, Sparh LLP
1225 17th Street, Suite 2300
Denver, CO   80202


Cappello Capital Corp.
100 Wilshire Boulevard, Suite 1200
Santa Monica, CA   90401


Craig Hudson
C/O Fidelitone, Inc.
1260 Karl Court
Wauconda, IL   60084-1094


Dancing Bear Management LLC
70 River Bend Road
Snowmass, CO   81654


Fred Funk
24729 Harbourview Drive
Ponte Vedra, FL   32082


GDBS At Snowmass
C/O Chafin Light Real Estate
Roaring Fork Club, 24398 Highway 82
Basalt, CO   81632


Klein, Cote & Edwards
201 N. Mill Street, Suite 203
Aspen, CO   81611

```
O'Bryan Partnership Architects
Main Street
Fisco, CO  80443


Shaw Builders - Mountainside
Airport Boulevard
Grand Junction, CO  81501


WestLB
1211 Avenue Of The Americas
New York, NY  10036


William Dennis
112 Newport Lane
Port Vedra, FL  32082
```